08 FEB 27 PM 4:53

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 0536 JLS**

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) |
| | ) | and (b) - Attempted Entry After |
| JESUS CARO-BRACAMONTES, | ) | Deportation |
| | ) | |
| Defendant. | ) | |
| | ) | |

The grand jury charges:

On or about February 2, 2008, within the Southern District of California, defendant JESUS CARO-BRACAMONTES, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States,

//

CPH:fer:San Diego
2/22/08

1 that was a substantial step toward committing the offense, all in

2 violation of Title 8, United States Code, Sections 1326(a) and (b).

3      It is further alleged that defendant JESUS CARO-BRACAMONTES, was

4 removed from the United States subsequent to November 15, 2004.

5      DATED: February 27, 2008.

6                                  A TRUE BILL:

7

8                                  Foreperson

9

10 KAREN P. HEWITT
   United States Attorney

11

12 By: CAROLINE P. HAN

13     Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28