UNITED STATES v. **JESUS CARO-BRACAMONTES**
District Court Number: 09CR0536-JLS

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of San Diego County located in the Southern District of California. I am over the age of 18 years and not a party to the within action. My office address is 444 West C Street, Suite 310, San Diego, California 92101.

On March 26, 2008, I personally caused to be delivered one copy of the following:

**NOTICE OF MOTIONS AND MOTIONS TO: 1. DISMISS THE INDICTMENT DUE TO INVALID DEPORTATION AND REMOVAL; 2. DISCOVERY AND NOTES PRESERVATION; 3. AND FOR LEAVE TO FILE FURTHER MOTIONS AND EXHIBITS.**

to the following parties:

UNITED STATES ATTORNEY

880 Front Street, Suite 6293

San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of March, 2008, at San Diego, California.

                                            s/ Roseline D. Feral
                                            ROSELINE D. FERAL