# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 23 PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>JESUS CARA-BRACAMONTES (1),<br><br>                        Defendant. | CASE NO. **2008CR0536-JLS**<br><br>JUDGMENT OF ~~DISMISSAL~~ |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) of: 8 USC §1326(a) AND (b) - ATTEMPTED ENTRY AFTER DEPORTATION.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 16, 2008

_____
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE


ENTERED ON _____