UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JESUS CARA-BRACAMONTES (1),

                Defendant.

CASE NO: 2008CR0536-JLS

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC §1326(a) AND (b) - ATTEMPTED ENTRY AFTER DEPORTATION.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MAY 16, 2008

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of Dismissal
Judgement and Commitment on 5/27/08                ENTERED ON _____

United States Marshal

By: _____
USMS Criminal Section